| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Email: mcozzini@sternlav.com<br>*Attorneys for Creditor,* NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING<br>By: Maria Cozzini, Esq. | |
| In Re:<br><br>Gretchen A Jackson<br><br>James D. Jackson<br>     Debtor(s). | Judge: Jerrold N. Poslusny, Jr., Chief U.S.B.J.<br><br>Chapter 13<br><br>Case No.: 18-29397-JNP |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

 ADDRESS:

  105 Eisenhower Parkway - Suite 302
  Roseland, NJ 07068

 DOCUMENTS:

 ☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

 ☑ All documents and pleadings of any nature.

DATED: May 8, 2020          Stern Lavinthal & Frankenberg LLC

                  By: */s/ Maria Cozzini*
                  Maria Cozzini, Esq.

*new.8/1/15*

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey  07068-0490<br>Telephone Number (973)797-1100<br>Telecopier Number (973)228-2679<br>Email: mcozzini@sternlav.com<br>*Attorneys for Creditor,* NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING<br>By: Maria Cozzini, Esq. | |
| In Re:<br>    Gretchen A Jackson<br>    James D. Jackson<br>              Debtor(s) | Judge: Jerrold N.  Poslusny, Jr., Chief U.S.B.J.<br><br>Chapter 13<br><br>Case No.: 18-29397-JNP |

# CERTIFICATION OF SERVICE

1. I,  Angela Lisa:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Stern, Lavinthal & Frankenberg, LLC, who represents the Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

*1.* On May 8, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:  *Notice of Appearance*

2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                        */s/   Angela Lisa*
                                           Angela Lisa

Dated:  May 8, 2020

202000718

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gretchen A Jackson<br>302 Van Sant Drive<br>Palmyra, NJ 08065<br><br>James D. Jackson<br>302 Van Sant Drive<br>Palmyra, NJ 08065 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Brad J. Sadek<br>Sadek and Cooper<br>1315 Walnut Street<br>Ste 502<br>Philadelphia, PA 19107 | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.